GREGORY S. POWELL, State Bar No. 182199
Assistant United States Trustee
DEANNA K. HAZELTON, State Bar No. 202821
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Facsimile: (559) 487-5030
Email: Deanna.K.Hazelton@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 24-12709-A-11 |
| Kewel K. Munger, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests to be added to the electronic service matrix and that all required notices, pleadings, and documents be directed to:

    Office of the United States Trustee
    Attn: Deanna K. Hazelton
    2500 Tulare Street, Suite 1401
    Fresno, CA 93721
    Email: Deanna.K.Hazelton@usdoj.gov

Dated: September 18, 2024          TRACY HOPE DAVIS
                                       UNITED STATES TRUSTEE

                               By:     */s/ Deanna K. Hazelton*
                                          Trial Attorney for United States Trustee