**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
iquinn@wjhattorneys.com

Attorneys for Debtor in Possession, KEWEL K. MUNGER dba MUNGER INVESTMENTS

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>KEWEL K. MUNGER dba MUNGER INVESTMENTS,<br><br>      Debtor in Possession.<br><br>SSN#:    xxx-xx-8195<br>Address:  2907 Oakley Street<br>             Bakersfield, CA 93311 | Case No. 24-12709<br><br>Chapter 11<br><br>DC No.: WJH-3<br><br>Date:   N/A<br>Time:  N/A<br>Place:  2500 Tulare Street<br>        Courtroom 11<br>        Fresno, CA 93721<br>Judge:  Honorable Jennifer E. Niemann |

**APPLICATION FOR EX PARTE ORDER GRANTING EXTENSION OF TIME TO FILE: ATTORNEY DISCLOSURE STATEMENT, FORM 122B STATEMENT OF MONTHLY INCOME, SCHEDULES A/B, C, D, E/F, G, H, I, AND J, STATEMENT OF FINANCIAL AFFAIRS, AND SUMMARY OF ASSETS AND LIABILITIES**

TO THE HONORABLE JENNIFER E. NIEMANN, UNITED STATES BANKRUPTCY JUDGE:

    KEWEL K. MUNGER, dba MUNGER INVESTMENTS (the "Debtor" or "Debtor in Possession") hereby moves this Court pursuant to BR 1007(c) for an Order extending the time within which the Attorney Disclosure Statement, Form 122B Statement of Monthly Income,

Schedules A/B, C, D, E/F, G, H, I, and J, Statement of Financial Affairs, and Summary of Assets and Liabilities must be filed and would show the Court the following:

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on September 17, 2024.

2. The Attorney Disclosure Statement, Form 122B Statement of Monthly Income, Schedules A/B, C, D, E/F, G, H, I, and J, Statement of Financial Affairs, and Summary of Assets and Liabilities (the "Documents") are due to be filed on October 1, 2024.

3. The Debtor anticipates that he will be unable to fully complete and file the Documents until October 9, 2024 because the Debtor, although he and his advisors continue to work diligently in this regard, need additional time to compile, review, and provide information required by the Schedules and Statement of Financial Affairs.

WHEREFORE, the Debtor prays that this Court issue an Order extending the time for filing the Documents in this case from October 1, 2024 to October 9, 2024.

Dated: September 27, 2024          WANGER JONES HELSLEY

By: _Riley C. Walter_
Riley C. Walter
Attorneys for Debtor and Debtor in Possession,
Kewel K. Munger