**4**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
Email: rwalter@wjhattorneys.com
        iquinn@wjhattorneys.com

Attorneys for Debtor in Possession, KEWEL K. MUNGER dba MUNGER INVESTMENTS

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>KEWEL K. MUNGER dba MUNGER INVESTMENTS,<br><br>    Debtor in Possession.<br><br>SSN#:     xxx-xx-8195<br>Address:    2907 Oakley Street<br>                 Bakersfield, CA 93311 | Case No. 24-12709<br><br>Chapter 11<br><br>DC No.: CAE-1<br><br>Date:     November 7, 2024<br>Time:     10:30 A.M.<br>Place:     510 19th Street<br>              Bakersfield, CA<br>Judge:     Honorable Jennifer E. Niemann |

**EXHIBITS IN SUPPORT OF FIRST STATUS CONFERENCE STATEMENT**

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | List of Entities | 1 |
| B | List of Real Properties | 2 |

Dated: __October 9__, 2024      WANGER JONES HELSLEY

                                             By: _/s/ Riley C. Walter_____
                                                  Riley C. Walter
                                                  Ian J. Quinn
                                                  Attorneys for Debtor in Possession,
                                                  KEWEL K. MUNGER dba MUNGER
                                                  INVESTMENTS

| ITEM NO. | ASSETS-DESCRIPTION | SEP. PROP. | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| 1 | Munger Bros, LLC (50%) | | 01/01/03 | | |
| 2 | Crowne Holding Company, LLC (100%) | | 12/24/13 | | - |
| 3 | Crowne Cold Storage, LLC (100%) | | 01/15/14 | | - |
| 4 | Crowne Frozen Foods, LLC (100%) | | 12/27/13 | | - |
| 5 | Crowne Fruit, LLC (100%) | | 12/27/13 | | - |
| 6 | Evergreen Empire, LLC (100%) | | 10/01/07 | | - |
| 7 | Munger Investment Group, LLC (100%) | | 01/15/14 | | - |
| 8 | Munger Berry Holdings, LLC (100%) | | 01/01/17 | | - |
| 9 | Munger Berry Farms, LLC (100%) | | 01/01/17 | | - |
| 10 | Munger Exports, Inc. (100%) | | 06/03/11 | | - |
| 11 | Munger Nut Holdings, LLC (100%) | | 01/01/17 | | - |
| 12 | Munger Nut Farms, LLC (100%) | | 01/01/17 | | - |
| 13 | Sarbanand Enterprises, LLC (100%) | | 11/12/13 | | - |
| 14 | Naturipe Farms, LLC (10%) | | 12/10/02 | | - |
| 15 | Naturipe Brands, LLC (10%) | | TBD | | - |
| 16 | Naturipe RTE, LLC (33.33%) | | TBD | | - |
| 17 | Naturipe Value (28.57%) | | 01/19/17 | | - |
| 18 | Ocean View Farms, LLC (50%) | | 01/12/12 | | - |
| 19 | Sarbanand Farms, LLC (50%) | | 07/12/11 | | - |
| 20 | Monarch Nut Company, LLC (100%) | | 12/24/09 | | - |
| 21 | Munger Farms, LLC (50%) | | 04/20/11 | | - |
| 22 | Ocean View Estates, LLC (50%) | | 01/15/12 | | - |
| 23 | MFDI, LLC (50%) | | 12/21/16 | | - |
| 24 | Kailash Farms, LLC (66%) | | 05/19/23 | | - |
| 25 | MFDI - NV, LLC (50%) | | 05/19/22 | | - |
| 26 | Kailash Wellness, LLC (66.67%) | | 04/19/22 | | - |
| 27 | Four M & Four S Ventures, LLC (TBD) | | TBD | | - |
| 28 | MFDI Ireland Limited (TBD) | | TBD | | - |
| 29 | Safehaven Technology Limited (TBD) | | TBD | | - |
| 30 | Brightwater Pharma Limited (TBD) | | TBD | | - |
| 31 | Oleo Health & Wellness Limited (TBD) | | TBD | | - |
| 32 | CRMX-142, Inc. (TBD) | | 01/19/06 | | - |
| 33 | Unisource Ag Management, Inc. (TBD) | | 12/11/02 | | - |
| 34 | Munger Investments | | 04/09/21 | | - |
| 35 | California Pistachio Export Council, LLC | | 08/28/03 | | - |

Residential/Non-Farmland Real Property

| Real Property | Value |
|---|---|
| 2606 Eagle Crest Drive Bakersfield, CA 93311<br><br>INO Kewel and Janie Munger - APN: 393-101-10<br><br>US Bank #0826 Mortgage (INO Kewel & Janie Munger) | $2,400,000<br><br><br><br>Secured Claim: $568,269 (est.) |
| 10509 Finchley Drive Bakersfield, CA 93311<br><br>Free and clear - INO Kewel and Janie Munger<br>APN: 390-1340-14<br><br>$255,000 of repairs/insurance proceeds. Worth over $850,000 when repaired. | $500,000 |
| 1192 Driver Road Delano, CA 93215<br><br>INO Kewel and Janie Munger<br>APN: 050-220-32] | $400,000 |
| 2200 Weybridge Dr Bakersfield, CA 93311<br><br>Vacant lot - INO Kewel and Janie Munger<br>APN: 393-051-04 | $700,000 |
| Land in India - 1/3 undivided interest<br><br>Free and clear - INO Kewel Munger, Baldev Munger, and Jay Chand. | $10,000 |
| 32196 Pond Road Delano, CA 93215<br><br>Free and clear - Empty lot<br>INO Kewel and Janie Munger - APN: 050-220·27 | $10,000 |

Farmland Real Property

| Real Property | Value | Lessee |
|---|---|---|
| Lost Hills, CA Farmland (998.48 Acres) (INO Kewel & Janie Munger) | $14,000,000 | Munger Bros., LLC |
| Richgrove, CA - Farmland (278.9 Acres) (INO Kewel & Janie Munger) | $3,345,000 | Munger Bros., LLC |
| 550 Rd 188 Richgrove, CA (Winery) (APN: 338-030-10) (INO Kewel & Janie Munger) | $500,000 | Munger Bros., LLC |
| 434 Rd 188 Delano, CA (Former Winery) (APN: 338-030-009) (INO Kewel & Janie Munger) | $500,000 | Munger Bros., LLC |
| 606 Rd 188 Delano, CA (Dirt Parking) (APN: 338-030·011) (INO Kewel & Janie Munger) | $157,000 | Munger Bros., LLC |
| 786 RD 188 Delano, CA (Cold Storage & Pistachio Processing) (APN: 338-030-019) (INO Kewel & Janie Munger) | $324,000 | Munger Bros., LLC |
| Delano, CA• Farmland (157.58 Acres) (INO Kewel & Janie Munger) | $3,925,000 | Munger Bros., LLC |
| Delano, CA Nursery (19.32 Acres - Nursery) (APN: 338-030-026) (INO Kewel & Janie Munger) | $231,840 | Munger Bros., LLC |
| 694 Rd 188 Delano, CA (Residence by Nursery) (APN: 338-030-022) (INO Kewel & Janie Munger) | $100,000 | |