**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
Email: rwalter@wjhattorneys.com
iquinn@wjhattorneys.com

Attorneys for Debtor in Possession, KEWEL K. MUNGER dba MUNGER INVESTMENTS

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>KEWEL K. MUNGER dba MUNGER INVESTMENTS,<br><br>  Debtor in Possession.<br><br>SSN#:  xxx-xx-8195<br>Address:  2907 Oakley Street<br>  Bakersfield, CA 93311 | Case No. 24-12709<br><br>Chapter 11<br><br>DC No.:  WJH-7<br><br>Date:  October 30, 2024<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>  Courtroom 11<br>  Fresno, CA 93721<br>Judge:  Honorable Jennifer E. Niemann |

**APPLICATION TO EMPLOY APPRAISER**
**(GARY CRABTREE DBA AFFILIATED APPRAISERS)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Kewel K. Munger dba Munger Investments (the "Debtor") hereby respectfully requests authority to employ Gary Crabtree dba Affiliated Appraisers (the "Appraiser") as Appraiser in connection with the appraisal and eventual sale of real property located 10509 Finchley Drive, Bakersfield, CA 93311 and 2200 Weybridge Drive, Bakersfield, CA (collectively, the "Property").

///

///

This Application to Employ Appraiser (the "Application") is filed pursuant to 11 U.S.C. §§ 327(a), 328, and B.R. 2013, 2014, 2016, 5002, 5004, and 9001. This Court has jurisdiction over this matter pursuant to 11 U.S.C. § 1334.

The Debtor files the Application as follows:

1. The Debtor has filed a voluntary petition pursuant to Title 11 of the United States Code.

2. The Debtor has selected the Appraiser for employment because of the experience and knowledge of an Appraiser in the appraisal of residential property appraisals, especially high-end properties. The Debtor believes that the Appraiser is well qualified to provide such services in this case.

3. It is necessary to employ an Appraiser because the Debtor seeks to sell the Property to generate revenue to pay claims.

4. The Debtor hereby seeks authority to pay the Appraiser for services rendered from the assets of the estate for a flat fee, plus additional time for testimony, if required, on an hourly basis.

5. The Application is supported by the Declaration of Gary Crabtree in Support of the Application (the "Declaration"). A copy of Appraiser's employment agreement is attached to the Declaration as Exhibit A. Attached to the Declaration as Exhibit B, and incorporated herein by reference, is a verified statement of connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the United States Trustee's Office, or the United States Bankruptcy Judge reviewing the subject Application or presiding over this case.

6. Based on the Application, the Declaration and exhibits thereto, the Debtor asserts that the Appraiser holds no interest adverse to the Debtor and is a disinterested person within the meaning of 11 U.S.C. § 327(a).

///

///

///

WHEREFORE, the Debtor respectfully requests that the Court enter an Order authorizing the Debtor to employ Appraiser to perform the services described herein and grant such other and further relief as is just and proper.

Dated: October 15, 2024

WANGER JONES HELSLEY

By: /s/ 
Riley C. Walter
Ian J. Quinn
Attorneys for Debtor in Possession,
KEWEL K. MUNGER dba
MUNGER INVESTMENTS