**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 24-12709 - A - 11
Kewel K. Munger,               ) Docket Control No. WJH-2
          Debtor.              ) Document No. 35
                               ) Date: 10/30/2024
                               ) Time: 9:30 AM
                               ) Dept: A
```

**Order**

For the reasons stated on the record and as set forth in the court's minutes, docket number 82,

IT IS ORDERED that the motion to employ Carl R. Refuerzo is DENIED WITHOUT PREJUDICE.

Dated: October 30 2024

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

[35] - Motion/Application to Employ Carl R. Refuerzo as Special Counsel [WJH-2] Filed by Debtor Kewel K. Munger (tsef)