**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone:     (559) 490-0949
Email: rwalter@wjhattorneys.com
             iquinn@wjhattorneys.com

Attorneys for Debtor in Possession, KEWEL K. MUNGER dba MUNGER INVESTMENTS

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>KEWEL K. MUNGER dba MUNGER INVESTMENTS,<br><br>    Debtor in Possession.<br><br>SSN#:         xxx-xx-8195<br>Address:     2907 Oakley Street<br>                    Bakersfield, CA 93311 | Case No. 24-12709<br><br>Chapter 11<br><br>DC No.:  WJH-4<br><br>Date:     October 30, 2024<br>Time:    9:30 a.m.<br>Place:    2500 Tulare Street<br>              Courtroom 11<br>              Fresno, CA 93721<br>Judge:   Honorable Jennifer E. Niemann |

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT
(TEXAS MUNICIPAL PLANS CONSORTIUM L.L.C.)**

AT FRESNO, IN THE EASTERN DISTRICT OF CALIFORNIA:

The Motion for Order Authorizing Assumption of Executory Contract (Texas Municipal Plans Consortium L.L.C.) ("Motion") filed herein, duly and regularly came on for hearing before the Court at the above date and time.  Ian J. Quinn appeared on behalf of the Debtor.  Other appearances and objections are as noted on the record.

The Court having reviewed the Motion and supporting pleadings and evidence, and good cause appearing, now, therefore,

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Motion be, and hereby is, granted;

2. The Debtor is hereby authorized to assume the Agreement, as that term is defined in the Motion, pursuant to 11 U.S.C. § 365(a); and

3. Debtor is authorized to make the $3,464.91 payment to Texas Municipal Plans Consortium L.L.C., as required by the Agreement.

Presented by:

WANGER JONES HELSLEY

By: _____
    Riley C. Walter
    Ian J. Quinn
    Attorneys for Debtor in Possession,
    KEWEL K. MUNGER dba MUNGER INVESTMENTS

IT IS SO ORDERED.

Dated: November 01 2024

_____
Honorable Jennifer E. Niemann
United States Bankruptcy Judge